IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAVORIS McGHEE**                                                    **PLAINTIFF**

v.                         **CASE NO. 4:24-CV-00917-BSM**

**MGY, LLC**                                                           **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE